**··ENDORSED ORDER**

United States District Court Northern District of New York
Division: U.S. Courthouse & Federal Bldg. 15 Henry Street Binghamton, New York

| | |
|---|---|
| ed-george: (for the family-parenteau) real party in interest, | Original document stamped by the Court Clerk as copy |
| Plaintiff | Case No. 3:10-mc-00023-TJM |
| v. | |
| "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "TOWN OF, LLOYD" corporation-employee at Defendant(s) et al., and corporation "TOWN OF, LLOYD COURT", and "EUGENE J. RIZZO", "AMY SHUMAN" Defendant(s) et al., "DANIEL M. MARTUSCELLO", Defendant(s) et al, and TOWN OF, LLOYD et al., | Self Executing Default Judgment Order against all Defendants |
| Libellees-Defendant(s) et al., | |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 11 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAY 3 2010
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Binghamton

Self Executing Default Judgment Order against all Defendants,

1. The record shows that this Court has failed to answer, rebut, the **Objection and Notice of Non-Compliance** filed into the Court on April 14, 2010 to the present day, and

2. Therefore by this Courts silence it has acquiesced (to accept, to agree to something especially after thoughtful consideration) with the Self Executing Default Judgment against all Defendants in favor of Plaintiff dated April 14, 2010 as follows, and
This alleged disguised "IT IS SO ORDERED" is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept. This alleged disguised "IT IS SO ORDERED" recognized as a new contract offer has fatal defects and is void upon its face for fraud.

3. This Court has agreed to the Self Executing Confession that it is ORDERED that the DECISION and ORDER dated March 31, 2010 is revoked and a judgment is entered against all Defendants in favor of Plaintiff, and

4. Therefore by this Courts silence it has acquiesced by failing to respond within the ten (10) calendar days as outlined the **Objection and Notice of Non-Compliance** filed into the Court record on April 14, 2010, and therefore this Court has agreed to the Self Executing Judgment against all Defendants listed above in favor of Plaintiff, and

5. This Court has agreed to the Self Executing Judgment against all Defendants in the amount of One Billion, nine-hundred-sixty-one million silver dollars ($1,961,000,000.00) One Ounce Silver coin 99.999% fine silver, or the equivalent of united states of America Dollars against each Libellees-Defendant(s) listed above, and

6. IT IS ORDER by this Court that Judgment is entered against all Defendants in the amount of

One Billion, nine-hundred-sixty-one million silver dollars ($1,961,000,000.00) One Ounce Silver

coin 99.999% fine silver, or the equivalent of united states of America Dollars against each

Libellees-Defendant(s) listed above, and

the matter is now closed! the matter is now closed! the matter is now closed!

Dated: April 30, 2010
Binghamton, New York

**Request is DENIED.

Dated at Binghamton, NY

IT IS SO ORDERED

Thomas J. McAvoy
District Court Judge

ORDER BY THE COURT

Signed by acquiesce
Thomas J. McAvoy, Senior
United States District Court Judge

This alleged disguised "IT IS SO ORDERED" is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept. This alleged disguised "IT IS SO ORDERED" recognized as a new contract offer has fatal defects and is void upon its face for fraud.

Self Executing Default Judgment Order against all Defendants
2 of 2

