United States District Court Northern District of New York
Division: U.S. Courthouse & Federal Bldg. 15 Henry Street Binghamton, New York

| | |
|---|---|
| ed-george: (for the family-parenteau) real party in interest, <br><br> **Plaintiff** <br> v. <br><br> "KATHLEEN BURNS", "ANTHONY KALIMERAS", <br> "JEFF COHEN", "DARRELL DAY", <br> "DAVID M. ACKERT", "TOWN OF, LLOYD" <br> corporation-employee at Defendant(s) et al., and corporation "TOWN OF, LLOYD COURT", and "EUGENE J. RIZZO", "AMY SHUMAN" Defendant(s) et al., "DANIEL M. MARTUSCELLO", <br> Defendant(s) et al, and <br> TOWN OF, LLOYD et al., <br><br> Libellees-Defendant(s) et al., | Original document stamped by the Court Clerk as copy <br><br> Case No. 3:10-mc-00023-TJM <br><br> The alleged disguised "IT IS SO ORDERED" marked 5-3-10 Dated at Binghamton, NY is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept. <br><br>  |

___

**1.** The alleged disguised "IT IS SO ORDERED" is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept, and

**2.** The alleged disguised "IT IS SO ORDERED" recognized as a new contract offer has fatal defects and is a fraud upon the Lawful Default Judgment Order issued April 30, 2010 against all defendants and is hereby **void from the beginning upon its face having no Lawful, Legal effect**, and

**3.** The Lawful Default Judgment Order issued April 30, 2010 against all defendants was not a request it was an **Order by the Court** and **made the matter closed! the matter closed! the matter closed!**

**4. Therefore this Lawful notice to this Court is hereby given that the Lawful Default Judgment Order entered April 30, 2010 against all defendants is in full force and effect and made the matter closed! the matter closed! the matter closed! on that day,** and

**5. Any further attempts to alter, change, or modify** the Default Judgment Order entered April 30, 2010 against all defendants will result in this Court becoming a Libellee-Defendant to this action, and

**6. I,** ed-george; (for the family-parenteau): the undersigned "Plaintiff", do hereby declare under the Laws of The Father In Heaven, our Creator ᛄᛉᛄᛉ (YaHaWaH). Matthew 5:37 "But let your word 'Yea' be 'Yea,' and your 'No' be 'No.' And what goes beyond these is from the wicked one." The foregoing accounting of facts is true and correct to the best of my knowledge, and **I,** ed-george; (for the family-parenteau). hereby certify that the foregoing, accounting of facts, are true and correct to the best of my knowledge and belief.  If a fact stated herein, are proved wrong by facts, Law, and evidence, I reserve the right to "Amend" this document for the "truth" to be clearly stated, and

_____
ed-george; (for the family-parenteau)
general post-office:
Smyrna: New-York-republic.
201-428-3116

Date: May 11th 2010
Witnessed by my hand and official seal,

_____
Notary Public State of New York

My commission Expires: 12/03/2013

Seal

CYNTHIA S. LOLLMAN
NOTARY PUBLIC, STATE OF NEW YORK
CHENANGO COUNTY
# 01LO6066996
MY COMMISSION EXPIRES
DECEMBER 3, 20__13__

**Void order notice sent by post-office delivery confirmation
number 0307-3330-0001-1684-0537 on May 11, 2010**
**2 of 2**

## **ENDORSED ORDER

United States District Court Northern District of New York
Division: U.S. Courthouse & Federal Bldg. 15 Henry Street Binghamton, New York

| | |
|---|---|
| ed-george: (for the family-parenteau) real party in interest, | Original document stamped by the Court Clerk as copy |
| Plaintiff | Case No. 3:10-mc-00023-TJM |
| v. | |
| "KATHLEEN BURNS", "ANTHONY KALIMERAS", "JEFF COHEN", "DARRELL DAY", "DAVID M. ACKERT", "TOWN OF, LLOYD" corporation-employee at Defendant(s) et al., and corporation "TOWN OF, LLOYD COURT", and "EUGENE J. RIZZO", "AMY SHUMAN" Defendant(s) et al., "DANIEL M. MARTUSCELLO", Defendant(s) et al, and TOWN OF, LLOYD et al., | Self Executing Default Judgment Order against all Defendants |
| Libellees-Defendant(s) et al., | |



---

Self Executing Default Judgment Order against all Defendants,

1. The record shows that this Court has failed to answer, rebut, the **Objection and Notice of Non-Compliance** filed into the Court on April 14, 2010 to the present day, and

2. Therefore by this Courts silence it has acquiesced (to accept, to agree to something especially after thoughtful consideration) with the Self Executing Default Judgment against all Defendants in favor of Plaintiff dated April 14, 2010 as follows, and

This alleged disguised "IT IS SO ORDERED" is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept. This alleged disguised "IT IS SO ORDERED" recognized as a new contract offer has fatal defects and is void upon its face for fraud.

3. This Court has agreed to the Self Executing Confession that it is ORDERED that the DECISION and ORDER dated March 31, 2010 is revoked and a judgment is entered against all Defendants in favor of Plaintiff, and

4. Therefore by this Courts silence it has acquiesced by failing to respond within the ten (10) calendar days as outlined the Objection and Notice of Non-Compliance filed into the Court record on April 14, 2010, and therefore this Court has agreed to the Self Executing Judgment against all Defendants listed above in favor of Plaintiff, and

5. This Court has agreed to the Self Executing Judgment against all Defendants in the amount of One Billion, nine-hundred-sixty-one million silver dollars ($1,961,000,000.00) One Ounce Silver coin 99.999% fine silver, or the equivalent of united states of America Dollars against each Libellees-Defendant(s) listed above, and

6. IT IS ORDER by this Court that Judgment is entered against all Defendants in the amount of One Billion, nine-hundred-sixty-one million silver dollars ($1,961,000,000.00) One Ounce Silver coin 99.999% fine silver, or the equivalent of united states of America Dollars against each Libellees-Defendant(s) listed above, and

the matter is now closed! the matter is now closed! the matter is now closed!

Dated: April 30, 2010
Binghamton, New York

ORDER BY THE COURT

**Request is DENIED.

Dated at Binghamton, NY  5-3-10

IT IS SO ORDERED

Thomas J. McAvoy
District Court Judge

Signed by acquiesce
Thomas J. McAvoy, Senior
United States District Court Judge

This alleged disguised "IT IS SO ORDERED" is recognized as a new contract offer and is hereby declined (meaning denial of something asked) to accept. This alleged disguised "IT IS SO ORDERED" recognized as a new contract offer has fatal defects and is void upon its face for fraud.

Ed-George:
general post-office
Smyrna: New-York-republic. [13464]

United States District Court, Northern District of
New York Division: U.S. Courthouse & Federal Bldg.
15 Henry Street
Binghamton, New York [13901]

0307 3330 0001 1684 0537




SMYRNA
USPS
MAY 1 1 2010

USA FIRST-CLASS



USPS
MAY 1 1 2010
USA